# Court of Appeals
# of the State of Georgia

ATLANTA,  June 07, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0345.  IN RE: ESTATE OF EUNICE ZENOBIA TAYLOR v. MARY MARGARET OLIVER, as Administrator of the Estate of Eunice Zenobia Taylor.**

This Court has received a Motion to Supplement the Record.  This appeal has been delayed numerous times due to the claim by the Appellant that the record transmitted by the Probate Court of Dekalb County is incomplete, as detailed below:

This appeal was initially docketed in September of 2017.  Appellant's original counsel withdrew on September 28, 2017.  A Motion for Extension of Time was granted on October 10, 2017, giving the Appellant until November 1, 2017, to file its brief. A second Motion for Extension of Time was granted on November 2, 2017, giving the Appellant until November 20, 2017, to file its brief.  On November 17, 2017, Appellant filed a third Motion for Extension of Time and filed a Motion to Supplement the Record. The third Motion for Extension of time was denied on November 23, 2017, and Appellant was Ordered to file its brief within ten days or the appeal would be dismissed.  No brief was filed, and on December 14, 2017, the appeal was dismissed.

Appellant obtained new counsel, and a Motion for Reconsideration was filed and was granted; the appeal was reinstated.  Appellant filed another Motion to Supplement the Record in the reinstated appeal, and it was granted on March 9, 2018, directing the Probate Court of Dekalb County to supplement the record within ten days, with a detailed list of documents.  At the same time, this Court also granted an Extension of Time, giving the Appellant until May 18, 2018, to file its brief in the reinstated appeal.

On May 14, 2018, Appellant's second Request for Extension of Time in the reinstated appeal (and fifth request overall) was filed requesting an additional sixty days to file it's brief due to the alleged incomplete record. On May 16, 2018, Appellant, yet again, filed another Motion to Supplement the Record, asking that the Dekalb County Probate Court supplement the record with documents which it was previously ordered to send to this Court. This request also asks for additional items to be included in the record.

At this time, there is no effective way for this Court to determine whether the record is complete or incomplete. Therefore, in light of the Appellant's continued allegation that the record sent to the Court of Appeals is incomplete, continued requests for extension of time due to missing documents, and continued motions to supplement the record, this case is hereby REMANDED so that the probate court can conduct a hearing to consider which documents should be included and transmitted to the Court of Appeals. Thereafter, the probate court should certify by written order that the record is complete. The parties then may reinitiate an appeal by filing a proper notice of appeal within thirty days of said order.[1]



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __06/07/2018__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*

---

[1] In reaching this decision to Remand, we note that the Appellee has not filed a response or objection to any of the requests of the Appellant.